UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE DAWLEY-HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. C15-1813BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the parties' stipulation to dismissal without prejudice, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**.

(2)   The case is **DISMISSED without prejudice**.

Dated this 21st day March, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER